UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>  Plaintiff,<br><br>v.<br><br>DUCK CREEK VILLAGE HOMEOWNERS ASSOCIATION, et al.,<br><br>  Defendants. | Case No. 2:16-cv-00544-JCM-PAL<br><br>ORDER |

Before the court is the Joint Notice of Conditional Settlement (ECF No. 20) which states that Plaintiff BANA and Defendant Duck Creek have reached a settlement in principle.  The parties request that the discovery plan and scheduling order deadlines be stayed.  The parties advise that they will update the court in thirty days on the status of the case if it is not dismiss at that time.

The discovery cutoff is October 3, 2016.  The court will not stay the discovery plan and scheduling order deadlines based on a statement the parties have reached a settlement in principle and will advise on the status in 30 days.  The court is happy to provide relief from deadlines when parties have genuinely settled and take the necessary steps to get the stipulation to dismiss on file within a reasonable period of time. Unfortunately, the court has recently received dozens of these requests, and approved multiple extensions of the deadlines to submit a stipulation to dismiss based on representations a settlement had been reached in principle only to find no settlement was actually reached after months of delay. If the parties are unable to finalize settlement documents in 30 days the status report shall address whether an extension of the discovery plan and scheduling order deadlines is requested, and, if so, provide the information required by LR 26-4.

**IT IS ORDERED** that:

1. Plaintiff and Defendant Duck Creek shall have until **September 9, 2016**, to file a stipulation to dismiss or a joint status report advising when the stipulation will be received.

2. The request to stay the discovery plan and scheduling order deadlines is **DENIED**.

DATED this 1st day of September, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE