ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00544-JCM-PAL |
| Plaintiff, | |
| vs. | **STATUS REPORT** |
| DUCK CREEK VILLAGE HOMEOWNERS ASSOCIATION and SILVER STATE TRUSTEE SERVICES, LLC, | |
| Defendants. | |

Plaintiff Bank of America, N.A. (**BANA**), defendant Duck Creek Village Homeowners Association (**Duck Creek**) and defendant Silver State Trustee Services, LLC (**Silver State**) submit the following status report pursuant to the joint notice of conditional settlement the parties filed on August 4, 2016, ECF No. 20, and the Court's September 1, 2016 order, ECF No. 21:

BANA and Duck Creek reached a settlement in principal on or about July 21, 2016. Counsel for BANA prepared a written settlement agreement and provided it to Duck Creek for review on September 1, 2016. Duck Creek sent its comments and proposed revisions to BANA on September 7, 2016. Once the settlement agreement and other required documents are fully executed, BANA will dismiss all its claims in this action, including its claims against Silver State, with prejudice.

{39481342;1}

1

ACTIVE\000999\00769\42157610.v1-9/8/16

The parties anticipate a stipulation of dismissal will be filed by October 6, 2016. The parties will update the court by October 6, 2016 on the status if the case is still not dismissed at that time.

| | |
|---|---|
| Dated this 9th day of September, 2016. | Dated this 8th day of September, 2016. |
| **AKERMAN LLP** | **FOX ROTHSCHILD LLP** |
| */s/ Tenesa S. Scaturro, Esq.* | */s/ Kevin M. Sutehall\** |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA S. SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 | MARK J. CONNOT<br>Nevada Bar No. 10010<br>KEVIN M. SUTEHALL<br>Nevada Bar No. 9437<br>1980 Festival Plaza Drive #700<br>Las Vegas, Nevada 89135 |
| *Attorneys for plaintiff Bank of America, N.A.* | *Attorneys for defendant Duck Creek Village Homeowners Association*<br><br>*\*E-signature affixed by Akerman LLP; approved by counsel via email on September 8, 2016* |

Dated this 9th day of September, 2016.

**GARMAN TURNER GORDON LLP**

*/s/ Erika Pike Turner, Esq.\**
ERIKA PIKE TURNER, ESQ.
Nevada Bar No. 6454
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
650 White Drive, Suite 100
Las Vegas, Nevada 89119

*Attorneys for defendant Silver State Trustee Services, LLC*

*\*E-signature affixed by Akerman LLP; approved by counsel via email on September 9, 2016*

IT IS SO ORDERED this 14th day of September, 2016.

_____
Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 9th day of September, 2016, and pursuant to Federal Rule of Civil Procedure 5, I filed and served a true and correct copy of the foregoing **STATUS REPORT** via the Court's CM/ECF system on the following:

Mark J. Connot
Kevin M. Sutehall
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive #700
Las Vegas, Nevada 89135

*Attorneys for Duck Creek Village Homeowners Association*

Erika Pike Turner, Esq.
Michael R. Esposito, Esq.
GARMAN TURNER GORDON LLP
650 White Drive, Suite 100
Las Vegas, Nevada 89119

*Attorneys for Silver State Trustee Services, LLC*

                                               */s/ Nick Mangels*
                                               An employee of AKERMAN LLP

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{39481342;1}

ACTIVE\000999\00769\42157610.v1-9/8/16