ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> DUCK CREEK VILLAGE HOMEOWNERS ASSOCIATION and SILVER STATE TRUSTEE SERVICES, LLC, <br><br> Defendants. | Case No.: 2:16-cv-00544-JCM-PAL <br><br> **NOTICE OF DISASSOCIATION** |

Plaintiff Bank of America, N.A. (**BANA**) by and through its attorneys of record, hereby provides notice Miles N. Clark, Esq., is no longer associated with the law firm of Akerman LLP. BANA requests Mr. Clark be removed from the CM/ECF service list.

///
///
///
///
///
///
///

{38892657;1}

1

Akerman LLP will continue to represent BANA and requests Ariel E. Stern, Esq. and Tenesa S. Scaturro, Esq. receive all future notices.

Respectfully submitted, this the 14th day of September, 2016.

**AKERMAN LLP**

/s/ *Tenesa S. Scaturro, Esq.*
―――――――――――――――――――――
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for plaintiff Bank of America, N.A.*

**IT IS SO ORDERED** this 19th day of September, 2016.

_____
Peggy A. Leen
United States Magistrate Judge

{38892657;1}                               2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on the 14th day of September, 2016, and pursuant to Federal Rule of Civil Procedure 5, I filed and served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** via the Court's CM/ECF system on the following:

Mark J. Connot
Kevin M. Sutehall
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive #700
Las Vegas, Nevada 89135

*Attorneys for Duck Creek Village Homeowners Association*

Erika Pike Turner, Esq.
Michael R. Esposito, Esq.
GARMAN TURNER GORDON LLP
650 White Drive, Suite 100
Las Vegas, Nevada  89119

*Attorneys for Silver State Trustee Services, LLC*

/s/ Nick Mangels
An employee of AKERMAN LLP

{38892657;1}          3