ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00544-JCM-PAL |
| Plaintiff, | |
| vs. | **STATUS REPORT** |
| DUCK CREEK VILLAGE HOMEOWNERS ASSOCIATION and SILVER STATE TRUSTEE SERVICES, LLC, | |
| Defendants. | |

Plaintiff Bank of America, N.A. (**BANA**), defendant Duck Creek Village Homeowners Association (**Duck Creek**) and defendant Silver State Trustee Services, LLC (**Silver State**) submit the following status report pursuant to the joint notice of conditional settlement the parties filed on August 4, 2016, ECF No. 20, and the court's September 14, 2016 order, ECF No. 24:

///

///

///

///

////

///

{39699658;1}

1

BANA and Duck Creek have both executed the written settlement agreement. Based on the execution date, the parties will file a stipulation of dismissal by no later than October 21, 2016.

| | |
|---|---|
| Dated this 6th day of October, 2016. | Dated this 5th day of October, 2016. |
| **AKERMAN LLP** | **FOX ROTHSCHILD LLP** |
| */s/ Tenesa S. Scaturro, Esq.* | */s/ Mark J. Connot, Esq.\** |
| ARIEL E. STERN, ESQ. | MARK J. CONNOT |
| Nevada Bar No. 8276 | Nevada Bar No. 10010 |
| TENESA S. SCATURRO, ESQ. | KEVIN M. SUTEHALL |
| Nevada Bar No. 12488 | Nevada Bar No. 9437 |
| 1160 Town Center Drive, Suite 330 | 1980 Festival Plaza Drive #700 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89135 |
| *Attorneys for plaintiff Bank of America, N.A.* | *Attorneys for defendant Duck Creek Village Homeowners Association* |
| | *\*E-signature affixed by Akerman LLP; approved by counsel via email on October 5, 2016* |

Dated this 6th day of October, 2016.

**GARMAN TURNER GORDON LLP**

 */s/ Erika Pike Turner, Esq.*
ERIKA PIKE TURNER, ESQ.
Nevada Bar No. 6454
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
650 White Drive, Suite 100
Las Vegas, Nevada 89119

*Attorneys for defendant Silver State Trustee Services, LLC*

*\*E-signature affixed by Akerman LLP; approved by counsel via email on October 6, 2016*

IT IS ORDERED that the parties shall have until **October 21, 2016**, to file their stipulation for dismissal, or a joint status report advising when the stipulation will be received.

Dated: October 7, 2016

_____
Peggy A. Leen
United States Magistrate Judge

{39699658;1}

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on the 6th day of October, 2016, and pursuant to Federal Rule of Civil Procedure 5, I filed and served a true and correct copy of the foregoing **STATUS REPORT** via the Court's CM/ECF system on the following:

Mark J. Connot
Kevin M. Sutehall
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive #700
Las Vegas, Nevada 89135

*Attorneys for Duck Creek Village Homeowners Association*

Erika Pike Turner, Esq.
Michael R. Esposito, Esq.
GARMAN TURNER GORDON LLP
650 White Drive, Suite 100
Las Vegas, Nevada  89119

*Attorneys for Silver State Trustee Services, LLC*

*/s/ Nick Mangels*
An employee of AKERMAN

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{39699658;1}