ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>  Plaintiff,<br><br>vs.<br><br>DUCK CREEK VILLAGE HOMEOWNERS ASSOCIATION and SILVER STATE TRUSTEE SERVICES, LLC,<br><br>  Defendants. | Case No.: 2:16-cv-00544-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Bank of America, N.A., defendant Duck Creek Village Homeowners Association and defendant Silver State Trustee Services, LLC, by and through their respective counsel, hereby stipulate to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

{38718136;1}

1

to bear its own attorneys' fees and costs.

Dated this 24th day of October, 2016.   Dated this 24th day of October, 2016.

**AKERMAN LLP**   **FOX ROTHSCHILD LLP**

*/s/ Tenesa S. Scaturro, Esq.*   */s/ Kevin M. Sutehall, Esq.*
ARIEL E. STERN, ESQ.   MARK J. CONNOT, ESQ.
Nevada Bar No. 8276   Nevada Bar No. 10010
TENESA S. SCATURRO, ESQ.   KEVIN M. SUTEHALL, ESQ.
Nevada Bar No. 12488   Nevada Bar No. 9437
1160 Town Center Drive, Suite 330   1980 Festival Plaza Drive #700
Las Vegas, Nevada 89144   Las Vegas, Nevada 89135

*Attorneys for plaintiff Bank of America, N.A.*   *Attorneys for defendant Duck Creek Village Homeowners Association*

Dated this 24th day of October, 2016.

**GARMAN TURNER GORDON LLP**

*/s/ Erika Pike Turner, Esq.*
ERIKA PIKE TURNER, ESQ.
Nevada Bar No. 6454
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
600 White Drive, Suite 100
Las Vegas, Nevada 89119

*Attorneys defendant Silver State Trustee Services, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 25, 2016

{38718136;1}    2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 24th day of October, 2016, and pursuant to Federal Rule of Civil Procedure 5, I filed and served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** via the Court's CM/ECF system on the following:

Mark J. Connot
Kevin M. Sutehall
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive #700
Las Vegas, Nevada 89135

*Attorneys for Duck Creek Village Homeowners Association*

Erika Pike Turner, Esq.
Michael R. Esposito, Esq.
GARMAN TURNER GORDON LLP
650 White Drive, Suite 100
Las Vegas, Nevada  89119

*Attorneys for Silver State Trustee Services, LLC*

/s/ Nick Mangels
An employee of AKERMAN

{38718136;1}                     3